## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mount Joy Township, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 2429 C.D. 2015 |
| | : | |
| Mount Joy Township | : | |
| Zoning Hearing Board, | : | |
| Herrick Building and | : | |
| Excavating, Inc. | : | |

## **O R D E R**

NOW, November 9, 2016, upon consideration of appellee Herrick Building and Excavating, Inc.'s application for reargument and appellant's answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge
